**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2024

**BY EMAIL**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Ismail Haniyeh*, 24 Mag. 438

Dear Judge Figueredo:

    The Government writes to respectfully request that the Court issue an order unsealing the above-referenced Complaint as of 4:30 p.m. today, September 3, 2024. The Complaint was filed on or about February 1, 2024, under seal. The Government requests that the Court order its unsealing in order to facilitate the prosecution of the defendants named therein.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by:    /s/
    Michael D. Lockard / Jacob H. Gutwillig /
      Samuel Adelsberg / Sarah Kushner
    Assistant United States Attorneys
    (212) 637-2193 / -2215 / -2494 / -2676

SO ORDERED:

_____
HON. VALERIE FIGUEREDO
U.S.M.J.